MARY M. CALORO, Individually and as Guardian ad Litem of DONALD CALORO, an Infant, Respondents, *v.* HEREFORD SMITH, Appellant.

Argued November 18, 1948; decided January 6, 1949.

*John J. Scully* for appellant.

*Reuben H. Kohn, Jack Goodman* and *Franklin P. Gavin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.